IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                    Date: December 20, 2007
Therese Lindblom, Court Reporter

Civil Action No. 07–cv–02451–EWN

_Parties:_                                    _Counsel:_

RAMONA FRICOSU,                               _Pro Se_

      Petitioner,

v.

UNITED STATES OF AMERICA,                     James Russell

      Respondent.

---

## COURTROOM MINUTES

---

**Status Conference**

**9:05 a.m.**          Court in session.

Appearances of counsel.  Petitioner Fricosu and Mr. Russell appear by telephone.  Also present by telephone is Special Agent Justin McCarthy.

Discussion regarding the vehicle identified in the Petition, #1, and petitioner's current hardship circumstances.

Court's findings.

**ORDERED:  1.      Petitioner shall furnish the Government evidence of insurance, naming the United States as among the beneficiaries of that insurance.  It is ordered that Petitioner and her husband shall perform all repairs and maintenance at her expense, that she comply**

                       **with all Colorado licensing and registration requirements, that she not transfer or encumber the vehicle in any manner, and that she agree to the entry of a lien against the vehicle in favor of the United States. The United States can record the lien among the appropriate state and federal records.**

**ORDERED: 2.**      **Petitioner is required to report any accidents to the United States and to permit inspections starting January 5, 2008, and proceeding every month thereafter, on the 5th day of the month.**

**ORDERED: 3.**      **The Petition of Ramona Fricosu for Release of Seized Vehicle (#1, filed November 23, 2007) is GRANTED. On the conditions above, the United States is hereby ordered to release the 2005 Dodge Dakota Club Cab, VIN 1D7HW42N95S110449 to the Petitioner, Ramona Fricosu.**

Mr. Russell requests that a bond be posted.

**ORDERED: 4.**      **Mr. Russell's oral request for bond is DENIED.**

Mr. Russell requests a stay until January 5, 2008.

**ORDERED: 5.**      **Mr. Russell's oral request for stay is DENIED.**

**9:31 a.m.**      Court in recess.

Hearing concluded.

Total time in court: 00:26