IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                Date: February 15, 2008
Therese Lindblom, Court Reporter

Civil Action No. 07–cv–02451–EWN–MJW

In re Petition of Ramona Fricosu for Release of Seized 2005 Dodge Club Cab, Vin 1D7HW42N95S110449,

*Parties:*                                *Counsel:*

RAMONA FRICOSU,                           *Pro Se*

    Petitioner,

v.

THE UNITED STATES OF AMERICA,             James Russell

    Respondent.

---

### COURTROOM MINUTES

**Evidentiary Hearing**

**2:45 p.m.**    Court in session.

Discussion regarding current transportation status of petitioner. Petitioner states that she has access to no other vehicle.

Argument by Mr. Russell.

Petitioner is sworn.

Court questions petitioner.

Discussion regarding Scott A. Whatcott, petitioner's husband, and fact that he is charged in criminal case no. 08-cr-00059-JLK.

Court's findings. Court finds that petitioner's hardship continues.

**ORDERED: 1.    Government's Motion for Reconsideration (#17, filed January 8, 2008) is DENIED.**

**ORDERED: 2.    Petitioner shall provide Mr. Russell with the whereabouts of the vehicle and with a current phone number.**

**3:05 p.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:20